UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MONTE JAMES NOTTINGHAM,<br><br>Defendant. | Case No. 14-cr-00553-SI-1<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE**<br><br>Re: Dkt. Nos. 57, 60 |

Defendant Monte James Nottingham has filed a *pro se* motion for early termination of supervised release. On February 9, 2015, the Court sentenced defendant to 96 months imprisonment, to run concurrently to Case No. #09-CR-00218-001, to be followed by three years of supervised release based on his conviction for violating 18 U.S.C. § 2113(a), bank robbery. Dkt. No. 13. On December 11, 2020, the Court granted Mr. Nottingham compassionate release. Dkt. No. 55. Mr. Nottingham's supervision commenced on December 23, 2020, and is set to terminate supervised release on December 22, 2023.

Mr. Nottingham states that he has performed well on supervised release, and he has submitted a letter from his employer, Five Keys Schools and Programs, that states that Mr. Nottingham has been a good employee who demonstrates a solid work ethic.

The government and the Probation Department oppose defendant's motion. Both note the seriousness of Mr. Nottingham's crime, the fact that Mr. Nottingham committed the bank robbery in this case immediately after his release from prison after serving a conviction for a prior bank robbery, and Mr. Nottingham's extensive criminal history.

18 U.S.C. 3583(e)(1) provides that a court may, under factors set forth in 18 U.S.C. § 3553(a) "terminate a term of supervised release . . . at any time after the expiration of one year of supervised

release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e) (1).  When determining whether the defendant's conduct and the interest of justice warrant early termination of supervised release, the court "enjoys discretion to consider a wide range of circumstances." *United States v. Emmett*, 749 F.3d 817, 819 (9th Cir. 2014).  The burden is on the defendant, as the party receiving the benefit of early termination, to demonstrate that early termination is warranted. *United States v. Weber*, 451 F.3d 552, 559 n.9 (9th Cir. 2006).

After considering the parties' arguments, the Court finds early termination to be unwarranted at this time.  The Court commends Mr. Nottingham on his positive performance on supervised release and at his job.  Reentry is never easy, and Mr. Nottingham is doing it well.   However, the Court shares the concerns raised by the government and Probation and believes that continued supervised release is needed.

**IT IS SO ORDERED**.

Dated: March 1, 2022

_____
SUSAN ILLSTON
United States District Judge